IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICK BERNARDO T/A NET GAIN MARKETING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CONTINENTAL SERVICE GROUP, INC., A NEW YORK CORPORATION T/A CONSERVE | : | NO. 10-1388 |

## ORDER

**AND NOW**, this 30th day of June, 2010, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Docket No. 3), and all concomitant briefing, and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.